IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, GDC 758572, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:19-CV-887-WHA ) |
| CHEROKEE COUNTY SHERIFF, *et al.*, | ) ) |
| Respondents. | ) |

## **ORDER**

On the November 27, 2019, the Magistrate Judge filed a Recommendation (Doc. 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

Done, this 19th day of December 2019.

   /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE